UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| HARRY E. BARNES, JR.,      ) | |
|             ) | |
|    Plaintiff,        ) | |
|             ) | |
| v.            ) | CIVIL ACTION NO.: 2:15cv84 |
|             ) | |
| NATIONWIDE PROPERTY AND CASUALTY   ) | |
| INSURANCE COMPANY,      ) | |
|             ) | |
|    Defendant.       ) | |
|             ) | |

### STIPULATION OF VOLUNTARY
### DISMISSAL WITHOUT PREJUDICE

The Plaintiff and Defendant, by their respective counsel, pursuant to Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure, stipulate to a voluntary dismissal of this action, without

prejudice.

IT IS SO STIPULATED this 26th day of June, 2015

O. L. Gilbert, Esquire (VSB# 14901)
GILBERT, ALBISTON & KELLER
580 East Main Street, Suite 330
Norfolk, Virginia 23510
E-mail: olg@olgilbertlaw.com
Telephone: (757) 625-1188
*Counsel for Plaintiff*

Peter A. Teumer, Esquire (VSB# 30231)
Robey, Teumer, Drash, Kimbrell & Counts
999 Waterside Dr., Suite 2025
Norfolk, VA 23510
E-mail: teumerp@nationwide.com
Telephone: (757) 624-9649
*Counsel for Defendant*